AO 91 (Rev. 08/09) Criminal Complaint               AUSA Russell R. Killinger

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. 15-97 -FJL | |
| RICHARD JOSEPH AHEARN, | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED by ___ D.C.

JUL 15 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2015__ in the county of __St. Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §§ 2252(a) and 2252A | Receiving Material Involving Sexual Exploitation of Minors, and Possession of Child Pornography |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Ray, Special Agent, DHS, Homeland Security Investigations
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/15/15

City and state: Fort Pierce, Florida

_____
Judge's signature

Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF
## BRIAN RAY
## SPECIAL AGENT
## HOMELAND SECURITY INVESTIGATIONS

I, Brian Ray, after being duly sworn, depose and state:

1.  I am a Special Agent (SA) employed by Homeland Security Investigations (HSI), having been so employed since March 2003. From 2001 to 2003, I was employed by the U.S. Customs Service as a Special Agent. From 1994 to 2001, I was employed as a deputy sheriff in Florida. From 1985 to 1994, I served as a U.S. Air Force Security Policeman. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search and arrest warrants. I have received formal training on the aforementioned investigations at the Federal Law Enforcement Training Center, HSI Cyber Crimes Center and at Internet Crimes Against Children Conferences.

2.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make

1

arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2422, *et seq.*

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the U.S. Customs Academy and HSI Cyber Crimes Center. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery courses and I am currently assigned as a HSI computer forensic examiner. I have observed and reviewed examples, and assisted in numerous child pornography and child exploitation investigations, which have involved reviewing examples of evidence in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, Richard Joseph AHEARN. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the

2

evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that Richard Joseph AHEARN violated 18 U.S.C. §§ 2252(a) and 2252A, which make it a crime to transport, distribute, receive and/or possess child pornography, or attempt to do so.

5. On March 5, 2015, the National Center for Missing and Exploited Children (NCMEC) received a report from Yahoo! indicating that Yahoo!, in the course of their normal business operations, discovered six suspected child pornography images uploaded to the Flickr account of "Mary Rich". Flickr is an image and video hosting website owned by Yahoo!. The email associated with the account was **mandr772@yahoo.com**. According to the report, all of the images were uploaded to Flickr from IP address **50.140.75.105**, with specific dates ranging from June 1, 2014, to February 28, 2015.

6. On March 17, 2015, NCMEC received a report from Yahoo! indicating that Yahoo!, in the course of their normal business operations, discovered five suspected child pornography images uploaded to the Flickr account of "Don Talbot". The email associated with the account was **randm523@yahoo.com**. According to

3

the report, all of the images were uploaded to Flickr from IP address **50.140.75.105** on March 15, 2015.

7. NCMEC conducted a check of the IP address and found it is assigned to Comcast. NCMEC forwarded two CyberTipline Reports containing the above information, which were ultimately assigned to Detective Matt Reynolds of the St. Lucie County Sheriff's Office.

8. On April 7, 2015, Detective Reynolds subpoenaed Comcast for information related to IP address **50.140.75.105**. The Comcast response indicated that from October 10, 2014, to April 7, 2015, IP address **50.140.75.105** was assigned to the account of Richard "AHAERN", with a service address of 7602 Kenwood Road, Ft. Pierce, Florida.

9. Detective Reynolds obtained state search warrants for the reported Flicker accounts and their associated Yahoo! accounts. The information in the data returned by Yahoo! revealed the mandr772 account was used to engage in sexually explicit chats with individuals, who indicated they were under that age of 18, and to request nude images of at least one minor. The text of the messages indicated that images were being exchanged. During a chat session on December 28, 2014 (all times are UTC), the following excerpted messages were sent to the Yahoo! ID (Redacted) of a minor female:

4

```
mandr772(22:04:14):how old are you, if you dont mind
REDACTED(22:04:25):im 13
mandr772(22:04:38):you look older
mandr772(23:08:36):do you have any nude pics of you
mandr772(00:16:44):who took the pic of you sucking that black guy
mandr772(00:18:26):any more of you sucking?
mandr772(00:22:03):sorry, dont need to get needy or pushy
```

10. On July 13, 2015, Magistrate Judge Frank J. Lynch, Jr. signed a federal search warrant authorizing the search of 7602 Kenwood Road, Ft. Pierce, Florida. On July 14, 2015, at approximately 6:50 AM, I executed the search warrant and made contact with Richard Joseph AHEARN. While in the residence, I observed his employee identification card, and learned that AHEARN is employed as an Information Technology Professional for the St. Lucie County Tax Collector's Office.

11. AHEARN identified the only running computer in the house, a Dell Optiplex 960 tower computer, as his. On the Dell's hard drive, I located the Yahoo! Messenger profile for "mandr772". From an external hard drive attached to the Dell, I recovered nudist type images of prepubescent boys and girls, animated images

5

depicting sexually explicit conduct between adults and prepubescent children, and images of actual prepubescent girls engaged in sexually explicit conduct. One of the images, "Capture.jpg" is a visual depiction of two prepubescent girls preforming oral sex on an adult male.

Further, your affiant sayeth naught.

_____
Special Agent Brian Ray
Homeland Security Investigations

Sworn and subscribed to before me this ___ day of July 2015.

_____
FRANK J. LYNCH, Jr.
Chief United States Magistrate Judge

6